United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Patrick T. Dunlap  
Tamara J. Dunlap  
    Debtors

Case No. 20-11469-mdc  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-4    User: Stacey    Page 1 of 1    Date Rcvd: Mar 10, 2020  
                Form ID: 130    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 12, 2020.  
db/jdb       +Patrick T. Dunlap,    Tamara J. Dunlap,    141 E. Mohler Church Road,    Ephrata, PA 17522-9226

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                      TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 12, 2020                                                       Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 10, 2020 at the address(es) listed below:  
          MICHAEL D. HESS    on behalf of Joint Debtor Tamara J. Dunlap amburke7@yahoo.com  
          MICHAEL D. HESS    on behalf of Debtor Patrick T. Dunlap amburke7@yahoo.com  
          SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com  
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
                                                                                                                        TOTAL: 4

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re:  Chapter: 13
    Patrick T. Dunlap and
Tamara J. Dunlap
        Debtor(s)  Bankruptcy No: 20−11469−mdc

*O R D E R*

**AND NOW,** this 10th day of March 2020 , the debtor having failed to file or submit with the petition all of the documents required by Fed. R. Bankr. P. 1007,

It is hereby ORDERED that:

1. This case **MAY BE DISMISSED WITHOUT FURTHER NOTICE** if the documents listed below are not filed by deadline also listed below:

    Documents and Deadline

    Atty Disclosure Statement due 03/23/2020
    Chapter 13 Plan due by 03/23/2020
    Chapter 13 Statement of Your Current Monthly Income and Calculation of
    Commitment Period Form 122C−1(old)Due 03/23/2020
    Schedules AB−J due 03/23/2020
    Statement of Financial Affairs due 03/23/2020
    Summary of Assets and Liabilities Form B106 due 03/23/2020
    Means Test Calculation form 122C−2 due 3/23/2020

2. Any request for an extension of time must be filed prior to the expiration of the deadlines listed above in Paragraph 1.

By the Court

Magdeline D. Coleman
Chief Judge , United States Bankruptcy Court

5
Form 130