## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                        )        Chapter 13
    PATRICK T. DUNLAP and                )
    TAMARA J. DUNLAP                     )
                                         )        Case No. 4:20-bk-11469
    Debtors                              )

## NOTICE OF APPEARANCE AND
## REQUEST FOR SERVICE OF PAPERS

*PLEASE TAKE NOTICE*   that the attorney set forth below hereby appears as counsel for Belco Community Credit Union, pursuant to 11 U.S.C. §1109(b), Rule 9010 of the Federal Rules of Bankruptcy Procedure, and Rule 9010-1 of the Local Rules for the United States Bankruptcy Court for the Eastern District of Pennsylvania.  The undersigned requests that all notices given or required to be given in the above-captioned case (including, but not limited to, all papers filed and served in all adversary proceedings in such case, and all notices mailed only to the statutory committees or their authorized agents, as such may be duly appointed or designated, and to creditors and equity security holders who file with the Court and request that all notices be mailed to them be given to and served upon the following:

David W. Park, Esquire
MARTSON LAW OFFICES
10 East High Street
Carlisle, PA 17013
Telephone:  (717) 243-3341
Fax:  (717) 243-1850
E-mail:   dpark@martsonlaw.com

*PLEASE TAKE FURTHER NOTICE* that this request includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, all orders and notices of any application, motion, petition, pleading, request, complaint, or demand, statements of affairs, operating reports, schedules of assets and liabilities, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, courier service, hand delivery, telephone, facsimile transmission, telegraph, telex, or otherwise (1)

affects or seeks to affect in any way any rights or interest of any creditor or party in interest in this case, with respect to (a) the debtor, (b) property of the debtor's estate, or proceeds thereof, in which the debtor may claim an interest, or (c) property or proceeds thereof in the possession, custody, or control of others that the debtor may seek to use; or (2) requires or seeks to require any act, delivery of any property, payment or other conduct by the undersigned.

MARTSON LAW OFFICES

*/s David W. Park*
David W. Park, Esquire
Attorney I.D. No. 315905
10 East High Street
Carlisle, PA 17013
Telephone: (717) 243-3341
Fax: (717) 243-1850
E-mail:        dpark@martsonlaw.com
Attorneys for Belco Community Credit Union

Date:   March 18, 2020

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on the 18th day of March, 2020, a true and correct copy of the above and foregoing document shall be served via electronic means, if available, otherwise by regular, first class mail, to:

Michael D. Hess, Esquire
BURKE & HESS
1672 Manheim Pike
Lancaster, PA 17601-3028
Email: amburke7@yahoo.com
(Attorney for Debtors)

Scott F. Waterman, Esquire
Chapter 13 Trustee
2901 St. Lawrence Ave., Suite 100
Reading, PA 19606
(Trustee)

MARTSON LAW OFFICES

/s David W. Park
David W. Park, Esquire
Attorney I.D. No. 315905
10 East High Street
Carlisle, PA 17013
Telephone: (717) 243-3341
Fax: (717) 243-1850
E-mail:        dpark@martsonlaw.com

Date:   March 18, 2020                Attorneys for Belco Community Credit Union