**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **IN RE: Patrick T. and Tamar J. Dunlap,** | : | Chapter 13 |
| | : | |
| **Debtors** | : | Bky. No. 20-11469PMM |

# O R D E R

**AND NOW,** upon consideration of the Order entered on March 10, 2020 stating that this case may be dismissed without further notice if the relevant documents were not filed by March 23, 2020, see doc. no.5 (the "Dismissal Order"):

**AND** in consideration of the extenuating and extreme circumstances created by the Covid-19 pandemic, it is hereby **ORDERED** that the Debtor shall have until **April 24, 2020** to file the documents referenced in the Dismissal Order;

**AND** if the required documents are not filed by April 24, 2020, this case may be dismissed without further notice.

*Patricia M. Mayer*

Date:   April 6, 2020

_____
PATRICIA M. MAYER
U.S. BANKRUPTCY JUDGE