United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Patrick T. Dunlap
Tamara J. Dunlap
    Debtors

Case No. 20-11469-pmm
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-4     User: SaraR     Page 1 of 1     Date Rcvd: Apr 07, 2020
                       Form ID: pdf900    Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 09, 2020.
db/jdb        +Patrick T. Dunlap,    Tamara J. Dunlap,    141 E. Mohler Church Road,    Ephrata, PA 17522-9226

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr            E-mail/Text: rmcollections@belco.org Apr 08 2020 04:54:56      Belco Community Credit Union,
            449 Eisenhower Blvd.,    Harrisburg, PA 17111
                                                                                                                         TOTAL: 1

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 09, 2020                                   Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 7, 2020 at the address(es) listed below:
            DAVID W. PARK    on behalf of Creditor    Belco Community Credit Union dpark@martsonlaw.com,
              teckenroad@martsonlaw.com
            MICHAEL D. HESS    on behalf of Joint Debtor Tamara J. Dunlap amburke7@yahoo.com
            MICHAEL D. HESS    on behalf of Debtor Patrick T. Dunlap amburke7@yahoo.com
            REBECCA ANN SOLARZ    on behalf of Creditor    RoundPoint Mortgage Servicing Corporation
              bkgroup@kmllawgroup.com
            SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com
            United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                                                                                TOTAL: 6

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: Patrick T. and Tamar J. Dunlap, | : | Chapter 13 |
| | : | |
| Debtors | : | Bky. No. 20-11469PMM |

# O R D E R

**AND NOW,** upon consideration of the Order entered on March 10, 2020 stating that this case may be dismissed without further notice if the relevant documents were not filed by March 23, 2020, see doc. no.5 (the "Dismissal Order"):

**AND** in consideration of the extenuating and extreme circumstances created by the Covid-19 pandemic, it is hereby **ORDERED** that the Debtor shall have until **April 24, 2020** to file the documents referenced in the Dismissal Order;

**AND** if the required documents are not filed by April 24, 2020, this case may be dismissed without further notice.

Date:  April 6, 2020

_____
PATRICIA M. MAYER
U.S. BANKRUPTCY JUDGE