```
                          United States Bankruptcy Court
                          Eastern District of Pennsylvania
In re:                                                              Case No. 20-11469-pmm
Patrick T. Dunlap
Tamara J. Dunlap                                                    Chapter 13
       Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0313-4           User: Keith                 Page 1 of 2                   Date Rcvd: Apr 21, 2020
                               Form ID: 309I               Total Noticed: 48


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 23, 2020.
db/jdb         +Patrick T. Dunlap,    Tamara J. Dunlap,    141 E. Mohler Church Road,    Ephrata, PA 17522-9226
tr             +SCOTT F. WATERMAN (Chapter 13),    Chapter 13 Trustee,    2901 St. Lawrence Ave.,    Suite 100,
                 Reading, PA 19606-2265
smg            +Bureau of Audit and Enforcement,    City of Allentown,    435 Hamilton Street,
                 Allentown, PA 18101-1603
smg             City Treasurer,   Eighth and Washington Streets,    Reading, PA  19601
smg            +Dun & Bradstreet, INC,    3501 Corporate Pkwy,    P.O. Box 520,   Centre Valley, PA 18034-0520
smg            +Lehigh County Tax Claim Bureau,    17 South Seventh Street,    Allentown, PA 18101-2401
smg            +Tax Claim Bureau,    633 Court Street,   Second Floor,    Reading, PA 19601-4300
14480359       +Belco Signature Loan,    449 Eisenhower Blvd.,    Harrisburg, PA 17111-2301
14480360        Best Buy Credit Services,    PO Box 9001007,    Louisville, KY 40290-1007
14480362        Capital One Bank/Cabela's,    P O Box 71083,   Charlotte, NC 28272-1083
14480363       +Capital One/Walmart,    PO Box 71087,   Charlotte, PA 28272-1087
14480367        Costco Citi Card,    PO Box 9001016,   Louisville, KY 40290-1016
14480368        Home Depot Credit Services,    PO Box 9001010,   Louisville, KY 40290-1010
14480369        Internal Revenue Service,    PO Box 219690,   Florence, WI 54121-9690
14480371        Klarna Inc.,   Attn. Klarna Credit,    PO Box 206487,    Dallas, TX 75320-6487
14480378        PNC Bank,   PO Box 856177,    Louisville, KY 40285-6177
14480379        Roundpoint,   PO Box 19409,    Charlotte, NC 28219-9409
14480381        Synchrony Bank/At Home,    PO Box 530939,   Atlanta, GA 30353-0939
14480385        The Home Depot Project Loan,    PO Box 2153,   Birmingham, AL 35287-3025

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty             E-mail/Text: amburke7@yahoo.com Apr 22 2020 03:16:46      MICHAEL D. HESS,    BURKE & HESS,
                 1672 Manheim Pike,    Lancaster, PA  17601-3028
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Apr 22 2020 03:17:01
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Apr 22 2020 03:17:09      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,   615 Chestnut Street,    Philadelphia, PA 19106-4404
ust            +E-mail/Text: ustpregion03.ph.ecf@usdoj.gov Apr 22 2020 03:17:05      United States Trustee,
                 Office of the U.S. Trustee,    200 Chestnut Street,    Suite 502,   Philadelphia, PA 19106-2908
14480358        EDI: AMEREXPR.COM Apr 22 2020 07:13:00     American Express,    PO Box 1270,
                 Newark, NJ 07101-1270
14493752        EDI: BECKLEE.COM Apr 22 2020 07:13:00     American Express National Bank,
                 c/o Becket and Lee LLP,    PO Box 3001,   Malvern  PA 19355-0701
14480361        EDI: CAPITALONE.COM Apr 22 2020 07:13:00     Capital One,    PO Box 71083,
                 Charlotte, NC 28272-1083
14493926       +EDI: AIS.COM Apr 22 2020 07:13:00     Capital One Bank (USA), N.A.,    4515 N Santa Fe Ave,
                 Oklahoma City, OK 73118-7901
14493927       +EDI: AIS.COM Apr 22 2020 07:13:00     Capital One N.A.,    4515 N Santa Fe Ave,
                 Oklahoma City, OK 73118-7901
14480364       +EDI: RMSC.COM Apr 22 2020 07:13:00     Care Credit,    PO Box 965036,   Orlando, FL 32896-5036
14480365       +EDI: CITICORP.COM Apr 22 2020 07:13:00     Citi Cards,    PO Box 70166,
                 Philadelphia, PA 19176-0166
14480366        EDI: WFNNB.COM Apr 22 2020 07:13:00     Comenity Bank/Victoria's Secret,    PO Box 659728,
                 San Antonio, TX 78265-9728
14480370        EDI: IRS.COM Apr 22 2020 07:13:00     Internal Revenue Service,    PO Box 219690,
                 Kansas City, MO 64121-9690
14495456        EDI: JEFFERSONCAP.COM Apr 22 2020 07:13:00      Jefferson Capital Systems LLC,    Po Box 7999,
                 Saint Cloud Mn 56302-9617
14480372       +E-mail/Text: bncnotices@becket-lee.com Apr 22 2020 03:16:53      Kohl's,    PO Box 1456,
                 Charlotte, NC 28201-1456
14480373       +E-mail/Text: compliance@lctcb.org Apr 22 2020 03:17:09
                 Lancaster County Tax Collection Bureau,    1845 William penn Way, Suite 1,
                 Lancaster, PA 17601-4097
14480374       +E-mail/Text: compliance@lctcb.org Apr 22 2020 03:17:09
                 Lancaster County Tax Collestion Bureau,    1845 William Penn Way, Suite 1,
                 Lancaster, PA 17601-4097
14480375       +EDI: RMSC.COM Apr 22 2020 07:13:00     Lowes,    P O Box 530914,   Atlanta, GA 30353-0914
14480376        E-mail/PDF: MerrickBKNotifications@Resurgent.com Apr 22 2020 03:19:33       Merrick Bank,
                 PO Box 660702,    Dallas, TX 75266-0702
14480377       +E-mail/Text: RVSVCBICNOTICE1@state.pa.us Apr 22 2020 03:17:01      PA Department of Revenue,
                 Bureau of Individual taxes,    Dept. 280604,   Harrisburg, PA 17128-0001
14480380        EDI: RMSC.COM Apr 22 2020 07:13:00     Synchrony Bank/Ashley Furniture,    PO Box 960061,
                 Orlando, FL 32896-0061
14480382        EDI: RMSC.COM Apr 22 2020 07:13:00     Synchrony Bank/Paypal,    PO Box 965003,
                 Orlando, FL 32896-5003
14480383       +EDI: RMSC.COM Apr 22 2020 07:13:00     Synchrony Bank/Rakuten,    PO Box 530949,
                 Atlanta, GA 30353-0949
14480384        EDI: WTRRNBANK.COM Apr 22 2020 07:13:00      Target Card Services,    PO Box 660170,
                 Dallas, TX 75266-0170
```

```
District/off: 0313-4                  User: Keith                    Page 2 of 2                   Date Rcvd: Apr 21, 2020
                                      Form ID: 309I                  Total Noticed: 48

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
14480386         +EDI: BLUESTEM Apr 22 2020 07:13:00      WebBank,   215 South State Street, Suite 1000,
                   Salt Lake City, UT 84111-2336
14480387          EDI: WFFC.COM Apr 22 2020 07:13:00     Wells Fargo Bank, N.A.,   PO Box 71118,
                   Charlotte, NC 28272-1118
14493365          EDI: WFFC.COM Apr 22 2020 07:13:00     Wells Fargo Bank, N.A.,   PO Box 10438, MAC F8235-02F,
                   Des Moines, IA  50306-0438
14493360          EDI: WFFC.COM Apr 22 2020 07:13:00     Wells Fargo Bank, N.A., Wells Fargo Card Services,
                   PO Box 10438, MAC F8235-02F,   Des Moines, IA  50306-0438
14480388          EDI: WFFC.COM Apr 22 2020 07:13:00     Wells Fargo Card Services,   PO Box 77053,
                   Minneapolis, MN 55480-7753
                                                                                                TOTAL: 29

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14484647*       internal revenue service,   centralized insolvency operation,   p.o. box 7346,
                 Philadelphia, pa 19101-7346
                                                                                        TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 23, 2020                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 21, 2020 at the address(es) listed below:
              DAVID W. PARK    on behalf of Creditor   Belco Community  Credit Union dpark@martsonlaw.com,
               teckenroad@martsonlaw.com
              MICHAEL D. HESS    on behalf of Joint Debtor Tamara J. Dunlap amburke7@yahoo.com
              MICHAEL D. HESS    on behalf of Debtor Patrick T. Dunlap amburke7@yahoo.com
              REBECCA ANN SOLARZ    on behalf of Creditor   RoundPoint Mortgage Servicing Corporation
               bkgroup@kmllawgroup.com
              SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                                TOTAL: 6
```

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Patrick T. Dunlap** | Social Security number or ITIN    **xxx–xx–8851** |
| | First Name    Middle Name    Last Name | EIN    _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | **Tamara J. Dunlap** | Social Security number or ITIN    **xxx–xx–7372** |
| | First Name    Middle Name    Last Name | EIN    _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court    **Eastern District of Pennsylvania** | | Date case filed for chapter  **13**   **3/9/20** |
| Case number:   **20–11469–pmm** | | |

Official Form 309I
# Notice of Chapter 13 Bankruptcy Case                                              12/17

**For the debtors listed above, a case has been filed under chapter 13 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors, the debtors' property, and certain codebtors. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

Confirmation of a chapter 13 plan may result in a discharge. Creditors who assert that the debtors are not entitled to a discharge under 11 U.S.C. § 1328(f) must file a motion objecting to discharge in the bankruptcy clerk's office within the deadline specified in this notice. Creditors who want to have their debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office by the same deadline. (See line 13 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at  www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | About Debtor 1: | About Debtor 2: |
|---|---|---|
| 1. **Debtor's full name** | Patrick T. Dunlap | Tamara J. Dunlap |
| 2. **All other names used in the last 8 years** | | |
| 3. **Address** | 141 E. Mohler Church Road<br>Ephrata, PA 17522 | 141 E. Mohler Church Road<br>Ephrata, PA 17522 |
| 4. **Debtor's attorney**<br>Name and address | MICHAEL D. HESS<br>BURKE & HESS<br>1672 Manheim Pike<br>Lancaster, PA 17601–3028 | Contact phone (717) 391–2911<br><br>Email:  amburke7@yahoo.com |
| 5. **Bankruptcy trustee**<br>Name and address | SCOTT F. WATERMAN (Chapter 13)<br>Chapter 13 Trustee<br>2901 St. Lawrence Ave.<br>Suite 100<br>Reading, PA 19606 | Contact phone (610) 779–1313<br><br>Email: ECFMail@ReadingCh13.com |
| 6. **Bankruptcy clerk's office**<br>Documents in this case may be filed at this address.<br>You may inspect all records filed in this case at this office or online at  www.pacer.gov. | United States Bankruptcy Court<br>Office of the Clerk, Gateway Building<br>201 Penn Street, 1st Floor<br>Reading, PA 19601 | Hours open:<br>Philadelphia Office –– 8:30 A.M. to 5:00 P.M;<br>Reading Office –– 8:00 A.M. to 4:30 P.M.<br><br>Contact phone (610)2085040<br><br>Date: 4/21/20 |

**For more information, see page 2**

Debtor **Patrick T. Dunlap** and **Tamara J. Dunlap**                                                                 Case number **20–11469–pmm**

| | | |
|---|---|---|
| **7. Meeting of creditors**<br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **May 19, 2020 at 1:30 PM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | **Location:**<br>**The Mtg of Creditors will be conducted, via video conference. All interested, parties shall contact the Trustee, for connection details.** |
| **8. Deadlines**<br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **Deadline to file a complaint to challenge dischargeability of certain debts:**<br>**You must file:**<br>• a motion if you assert that the debtors are not entitled to receive a discharge under U.S.C. § 1328(f), or<br>• a complaint if you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4). | **Filing deadline: 7/18/20** |
| | **Deadline for all creditors to file a proof of claim (except governmental units):** | **Filing deadline: 5/18/20** |
| | **Deadline for governmental units to file a proof of claim:** | **Filing deadline: 9/5/20** |
| | **Deadlines for filing proof of claim:**<br> A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office.<br>If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed.<br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **9. Filing of plan** | The debtor has filed a plan.This plan proposes payment to the trustee of $300.00 per month for 60 months. The plan is enclosed. The hearing on confirmation will be held on:<br>**7/2/20** at **10:00 AM** , Location: **201 Penn Street, 4th Floor, Reading, PA 19601** | |
| **10. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadline in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **11. Filing a chapter 13 bankruptcy case** | Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts according to a plan. A plan is not effective unless the court confirms it. You may object to confirmation of the plan and appear at the confirmation hearing. A copy of the plan, if not enclosed, will be sent to you later, and if the confirmation hearing is not indicated on this notice, you will be sent notice of the confirmation hearing. The debtor will remain in possession of the property and may continue to operate the business, if any, unless the court orders otherwise. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors, even if the case is converted to chapter 7. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at  www.pacer.gov. If you believe that the law does not authorize an exemption that debtors claimed, you may file an objection by the deadline. | |
| **13. Discharge of debts** | Confirmation of a chapter 13 plan may result in a discharge of debts, which may include all or part of a debt. However, unless the court orders otherwise, the debts will not be discharged until all payments under the plan are made. A discharge means that creditors may never try to collect the debt from the debtors personally except as provided in the plan. If you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4), you must file a complaint and pay the filing fee in the bankruptcy clerk's office by the deadline. If you believe that the debtors are not entitled to a discharge of any of their debts under 11 U.S.C. § 1328(f), you must file a motion by the deadline. | |