Certificate Number: 14912-PAE-DE-034433233

Bankruptcy Case Number: 20-11469



14912-PAE-DE-034433233

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on May 8, 2020, at 1:56 o'clock PM EDT, Patrick Dunlap completed a course on personal financial management given by internet by 001 Debtoredu LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date: May 8, 2020

By: /s/Jai Bhatt

Name: Jai Bhatt

Title: Counselor

Certificate Number: 14912-PAE-DE-034433234

Bankruptcy Case Number: 20-11469



14912-PAE-DE-034433234

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on May 8, 2020, at 1:56 o'clock PM EDT, Tamara Dunlap completed a course on personal financial management given by internet by 001 Debtoredu LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date: May 8, 2020                By: /s/Jai Bhatt

                                 Name: Jai Bhatt

                                 Title: Counselor