UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                              : Chapter 13
                                                    :
   Patrick T. Dunlap                                :
      and                                           :
   Tamara J. Dunlap                                 :
                                                    :
                   Debtor(s)         : Bankruptcy No. 20-11469PMM

**CHAPTER 13 STANDING TRUSTEE'S CERTIFICATION
PURSUANT TO 11 U.S.C. § 1302(c), 1106(a)(3) AND 1106(a)(4)**

     **AND NOW** comes, SCOTT F. WATERMAN, ESQUIRE, Chapter 13 Standing trustee, and certifies as follows:

     I am administering the above-captioned case.

     I have, to the best of my ability, investigated the acts, conduct, assets, liabilities and financial condition of debtor(s) and the operation of the business of debtor(s), and believe it is (desirable) [circled] (undesirable) for the business to continue.

     Furthermore, in connection with my investigation, I have not ascertained any fact pertaining to fraud, dishonesty, incompetence, misconduct, mismanagement or irregularity in the management of the affairs of debtor(s) or to a cause of action available to the estate (and which relates specifically to the business of debtor(s)) except as may be hereinafter set forth.

Respectfully submitted,

Date: 5-22-2020

_[signature]_
Scott F. Waterman, Esquire
Chapter 13 Standing Trustee
2901 St. Lawrence Avenue
Reading, PA 19606-0410
Telephone: (610) 779-1313