UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| In Re: | Chapter 13 |
|---|---|
| Patrick T. Dunlap | Bankruptcy No.20-11469-PMM |
| Tamara J. Dunlap | |
| Debtors | |

CERTIFICATE OF SERVICE

I, Deborah A. Earnshaw, do hereby certify that a true and correct copy of the foregoing *Objection of Chapter 13 Trustee to Confirmation of the plan of Debtors* filed in the above-referenced case has been served this 29th day of July, 2020, by first class mail upon those listed below:

Patrick T. Dunlap
Tamara J. Dunlap
141 E. Mohler Church Road
Ephrata, PA  17522

**Electronically via CM/ECF System Only:**

MICHAEL D HESS ESQ
BURKE & HESS
1672 MANHEIM PIKE
LANCASTER, PA  17601-3028

*/s/ Deborah A. Earnshaw*
Deborah A. Earnshaw
for
Scott F. Waterman, Esquire
Standing Chapter 13 Trustee