**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | CASE NO: 20-11469-pmm |
| Patrick T. Dunlap | : | |
| Tamara J. Dunlap | : | CHAPTER 13 |
| Debtors | : | |

## NOTICE OF OBJECTION TO CLAIM

Debtors, Patrick T. Dunlap and Tamara J. Dunlap., have filed an objection to the Proof of Claim you have filed in this bankruptcy case.

**Your claim may be reduced, modified, or eliminated.  You should read theses papers carefully and discuss them with your attorney, if you have one.**

If you do not want the court to eliminate or change your claim, then on or before October 23, 2020, you or your lawyer must:

File with the court a written response to the objection, explaining your position, at:

> United States Bankruptcy Court
> The Gateway Building
> 201 Penn Street, Suite 103
> Reading, PA 19601

If you mail your response to the court for filing, you must mail it early enough so that the court will receive it on or before the date stated above.  You must send a copy to:

> Michael D. Hess, Esq.
> Burke & Hess
> 1672 Manheim Pike
> Lancaster, PA 17601

Attend the hearing on the objection, scheduled to be held on **October 29, 2020, at 11:00 a.m. in Courtroom #1**, United States Bankruptcy Court, The Gateway Building, 201 Penn Street, Reading, PA 19601.

If you or your attorney do not take these steps, the court may decide that you do not oppose the objection to your claim.

BURKE & HESS

Date: September 23, 2020

/s/ Michael D. Hess
Michael D. Hess
1672 Manheim Pike
Lancaster, PA  17601
**Attorney of the Debtor**