**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: Patrick T. and Tamara J. Dunlap, | : | Chapter 13 |
| | : | |
| Debtors | : | Bky. No. 20-11469 PMM |

## O R D E R

**AND NOW,** the Debtor having filed an Objection to Claim Number 34 (doc. no. 31, the "Objection");

AND a hearing on the Objection having been held on October 29, 2020;

BUT counsel having failed to appear at the hearing;

AND the Movant having taken no steps to reschedule or prosecute the Objection;

It is, therefore, hereby **ordered** that the Objection is **overruled** for lack of prosecution.

*/Patricia M. Mayer/*

**Date:** October 29, 2020

**PATRICIA M. MAYER**
**U.S. BANKRUPTCY JUDGE**