United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-11469-pmm |
| Patrick T. Dunlap | Chapter 13 |
| Tamara J. Dunlap | |
| Debtor(s) | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-4 | User: Adminstra | Page 1 of 2 |
| Date Rcvd: Oct 29, 2020 | Form ID: pdf900 | Total Noticed: 4 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 31, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Patrick T. Dunlap, Tamara J. Dunlap, 141 E. Mohler Church Road, Ephrata, PA 17522-9226 |
| 14485449 | + | Belco Community Credit Union, c/o DAVID W. PARK, Martson Law Offices, 10E. High Street, Carlisle, PA 17013-3093 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| cr | Email/Text: rmcollections@belco.org | Oct 29 2020 23:17:00 | Belco Community Credit Union, 449 Eisenhower Blvd., Harrisburg, PA 17111 |
| cr | Email/PDF: resurgentbknotifications@resurgent.com | Oct 29 2020 23:10:23 | LVNV Funding LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |

TOTAL: 2

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| jdb | *+ | Tamara J. Dunlap, 141 E. Mohler Church Road, Ephrata, PA 17522-9226 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: Oct 31, 2020 | Signature: | /s/Joseph Speetjens |

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 29, 2020 at the address(es) listed below:

**Name                    Email Address**

| | | |
|---|---|---|
| District/off: 0313-4 | User: Adminstra | Page 2 of 2 |
| Date Rcvd: Oct 29, 2020 | Form ID: pdf900 | Total Noticed: 4 |

DAVID W. PARK
    on behalf of Creditor Belco Community Credit Union dpark@martsonlaw.com  teckenroad@martsonlaw.com

MICHAEL D. HESS
    on behalf of Debtor Patrick T. Dunlap amburke7@yahoo.com

MICHAEL D. HESS
    on behalf of Joint Debtor Tamara J. Dunlap amburke7@yahoo.com

REBECCA ANN SOLARZ
    on behalf of Creditor RoundPoint Mortgage Servicing Corporation bkgroup@kmllawgroup.com

SCOTT F. WATERMAN (Chapter 13)
    ECFMail@ReadingCh13.com

SCOTT F. WATERMAN (Chapter 13)
    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ECFMail@ReadingCh13.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 7

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: Patrick T. and Tamara J. Dunlap, | : | Chapter 13 |
| | : | |
| Debtors | : | Bky. No. 20-11469 PMM |

# O R D E R

**AND NOW,** the Debtor having filed an Objection to Claim Number 34 (doc. no. 31, the "Objection");

AND a hearing on the Objection having been held on October 29, 2020;

BUT counsel having failed to appear at the hearing;

AND the Movant having taken no steps to reschedule or prosecute the Objection;

It is, therefore, hereby **ordered** that the Objection is **overruled** for lack of prosecution.

*Patricia M. Mayer*

**Date:** October 29, 2020

**PATRICIA M. MAYER**
**U.S. BANKRUPTCY JUDGE**