United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-11469-pmm |
| Patrick T. Dunlap | Chapter 13 |
| Tamara J. Dunlap | |
|     Debtor(s) | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-4 | User: Adminstra | Page 1 of 2 |
| Date Rcvd: Dec 23, 2020 | Form ID: trc | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 25, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| 14503066 | + | RoundPoint Mortgage Servicing Corporation, 446 Wrenplace Road, Fort Mill, SC 29715-0200 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 25, 2020           Signature:      /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 22, 2020 at the address(es) listed below:

| Name | Email Address |
|---|---|
| DAVID W. PARK | |
| | on behalf of Creditor Belco Community Credit Union dpark@martsonlaw.com  teckenroad@martsonlaw.com |
| MICHAEL D. HESS | |
| | on behalf of Joint Debtor Tamara J. Dunlap amburke7@yahoo.com |
| MICHAEL D. HESS | |
| | on behalf of Debtor Patrick T. Dunlap amburke7@yahoo.com |
| REBECCA ANN SOLARZ | |
| | on behalf of Creditor RoundPoint Mortgage Servicing Corporation bkgroup@kmllawgroup.com |
| SCOTT F. WATERMAN (Chapter 13) | |
| | ECFMail@ReadingCh13.com |
| SCOTT F. WATERMAN (Chapter 13) | |

| District/off: 0313-4 | User: Adminstra | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Dec 23, 2020 | Form ID: trc | Total Noticed: 1 |

on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ECFMail@ReadingCh13.com

United States Trustee

USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 7

2100 B (12/15)

# United States Bankruptcy Court

Eastern District of Pennsylvania
Case No. 20-11469-pmm
Chapter 13

In re: Debtor(s) (including Name and Address)

| | |
|---|---|
| Patrick T. Dunlap<br>141 E. Mohler Church Road<br>Ephrata PA 17522 | Tamara J. Dunlap<br>141 E. Mohler Church Road<br>Ephrata PA 17522 |

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 12/22/2020.

| Name and Address of Alleged Transferor(s): | Name and Address of Transferee: |
|---|---|
| Claim No. 22: RoundPoint Mortgage Servicing Corporation, 446 Wrenplace Road, Fort Mill, SC 29715 | Freedom Mortgage Corporation<br>10500 Kincaid Drive<br>Fishers, IN 46037-9764 |

### -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 12/25/20

Tim McGrath
**CLERK OF THE COURT**