**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | CASE NO: 20-11469-pmm |
|     Patrick T. Dunlap | : | |
|     Tamara J. Dunlap | : | |
| | : | CHAPTER 13 |
| Debtors | : | |

**AMENDED ORDER**

**AND NOW,** upon consideration of Debtor's Objection to Proof of Claim of Belco Community Credit Union. (Proof of Claim No. 34-1),

**IT IS HEREBY ORDERED**, that the Proof of Claim filed by Belco Community Credit Union is re-classified as un-secured debt of $19,886.98 (although if funds were retained in accounts held at Belco, they would have received Secured status pursuant to the security agreement).

BY THE COURT

_____
United States Bankruptcy Judge

Michael D. Hess, Esquire
1672 Manheim Pike
Lancaster, PA 17601

United States Trustee
Office of the U.S. Trustee
833 Chestnut Street, Suite 500
Philadelphia, PA 19107

Scott F. Waterman
Chapter 13 Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA 19606

Belco Community Credit Union
c/o David W. Park
Marsten Law Offices
10 E. High Street
Carlisle, PA 17103-1701

Belco Community Credit Union
c/o Amey R. Sgrignoli, CEO
449 Eisenhower Blvd., Suite 200
Harrisburg, PA 17111