United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  Case No. 20-11469-pmm
Patrick T. Dunlap  Chapter 13
Tamara J. Dunlap
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-4      User: admin      Page 1 of 2
Date Rcvd: Feb 25, 2021      Form ID: pdf900      Total Noticed: 11

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 27, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Patrick T. Dunlap, Tamara J. Dunlap, 141 E. Mohler Church Road, Ephrata, PA 17522-9226 |
| smg | + | Bureau of Audit and Enforcement, City of Allentown, 435 Hamilton Street, Allentown, PA 18101-1603 |
| smg | | City Treasurer, Eighth and Washington Streets, Reading, PA 19601 |
| smg | + | Dun & Bradstreet, INC, 3501 Corporate Pkwy, P.O. Box 520, Centre Valley, PA 18034-0520 |
| smg | + | Lehigh County Tax Claim Bureau, 17 South Seventh Street, Allentown, PA 18101-2401 |
| smg | + | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| cr | | FREEDOM MORTGAGE CORPORATION, 10500 Kincaid Drive, Fishers, IN 46037-9764 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Feb 26 2021 01:04:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Feb 26 2021 01:04:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| cr | | Email/Text: rmcollections@belco.org | Feb 26 2021 01:03:00 | Belco Community Credit Union, 449 Eisenhower Blvd., Harrisburg, PA 17111 |
| cr | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 26 2021 01:11:19 | LVNV Funding LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |

TOTAL: 4

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 27, 2021      Signature:      /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 25, 2021 at the address(es) listed below:**

**Name**     **Email Address**

DAVID W. PARK
on behalf of Creditor Belco Community Credit Union dpark@martsonlaw.com  teckenroad@martsonlaw.com

JILL MANUEL-COUGHLIN
on behalf of Creditor FREEDOM MORTGAGE CORPORATION bankruptcy@powerskirn.com

MICHAEL D. HESS
on behalf of Joint Debtor Tamara J. Dunlap amburke7@yahoo.com

MICHAEL D. HESS
on behalf of Debtor Patrick T. Dunlap amburke7@yahoo.com

REBECCA ANN SOLARZ
on behalf of Creditor RoundPoint Mortgage Servicing Corporation bkgroup@kmllawgroup.com

SCOTT F. WATERMAN (Chapter 13)
ECFMail@ReadingCh13.com

SCOTT F. WATERMAN (Chapter 13)
on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ECFMail@ReadingCh13.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 8

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | CASE NO: 20-11469-pmm |
| Patrick T. Dunlap | : | |
| Tamara J. Dunlap | : | |
| | : | CHAPTER 13 |
| Debtors | : | |

**AMENDED ORDER**

**AND NOW,** upon consideration of Debtor's Objection to Proof of Claim of Belco Community Credit Union. (Proof of Claim No. 34-1),

**IT IS HEREBY ORDERED**, that the Proof of Claim filed by Belco Community Credit Union is re-classified as un-secured debt of $19,886.98 (although if funds were retained in accounts held at Belco, they would have received Secured status pursuant to the security agreement).

BY THE COURT

*Patricia M. Mayer*
_____
United States Bankruptcy Judge

**Date: February 24, 2021**

Michael D. Hess, Esquire
1672 Manheim Pike
Lancaster, PA 17601

United States Trustee
Office of the U.S. Trustee
833 Chestnut Street, Suite 500
Philadelphia, PA 19107

Scott F. Waterman
Chapter 13 Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA 19606

Belco Community Credit Union
c/o David W. Park
Marsten Law Offices
10 E. High Street
Carlisle, PA 17103-1701

Belco Community Credit Union
c/o Amey R. Sgrignoli, CEO
449 Eisenhower Blvd., Suite 200
Harrisburg, PA 17111