United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-11469-pmm |
| Patrick T. Dunlap | Chapter 13 |
| Tamara J. Dunlap | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 1 of 4 |
| Date Rcvd: Apr 08, 2021 | Form ID: pdf900 | Total Noticed: 66 |

The following symbols are used throughout this certificate:
**Symbol      Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 10, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Patrick T. Dunlap, Tamara J. Dunlap, 141 E. Mohler Church Road, Ephrata, PA 17522-9226 |
| smg | + | Bureau of Audit and Enforcement, City of Allentown, 435 Hamilton Street, Allentown, PA 18101-1603 |
| smg | | City Treasurer, Eighth and Washington Streets, Reading, PA 19601 |
| smg | + | Dun & Bradstreet, INC, 3501 Corporate Pkwy, P.O. Box 520, Centre Valley, PA 18034-0520 |
| smg | + | Lehigh County Tax Claim Bureau, 17 South Seventh Street, Allentown, PA 18101-2401 |
| smg | + | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| 14480358 | | American Express, PO Box 1270, Newark, NJ 07101-1270 |
| 14493752 | | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14485449 | + | Belco Community Credit Union, c/o DAVID W. PARK, Martson Law Offices, 10E. High Street, Carlisle, PA 17013-3093 |
| 14480359 | + | Belco Signature Loan, 449 Eisenhower Blvd., Harrisburg, PA 17111-2301 |
| 14540231 | + | Burke & Hess, 1672 Manheim Pike, Lancaster, PA 17601-3028 |
| 14480362 | | Capital One Bank/Cabela's, P O Box 71083, Charlotte, NC 28272-1083 |
| 14497618 | | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14480363 | + | Capital One/Walmart, PO Box 71087, Charlotte, PA 28272-1087 |
| 14480367 | | Costco Citi Card, PO Box 9001016, Louisville, KY 40290-1016 |
| 14503965 | + | David W. Park, Martson Law Office, 10 E. High St., Carlisle, PA 17013-3093 |
| 14570999 | | Freedom Mortgage Corporation, 10500 Kincaid Drive, Fishers, IN 46037-9764 |
| 14576755 | + | Freedom Mortgage Corporation, c/o JILL MANUEL-COUGHLIN, Powers Kirn, LLC, Eight Neshaminy Interplex, Suite 215 Trevose, PA 19053-6980 |
| 14480369 | | Internal Revenue Service, PO Box 219690, Florence, WI 54121-9690 |
| 14480372 | + | Kohl's, PO Box 1456, Charlotte, NC 28201-1456 |
| 14503877 | + | Pinnacle Service Solutions LLC, 4408 Milestrip Rd #247, Blasdell, NY 14219-2553 |
| 14503066 | + | RoundPoint Mortgage Servicing Corporation, 446 Wrenplace Road, Fort Mill, SC 29715-0200 |
| 14483808 | + | RoundPoint Mortgage Servicing Corporation, C/O REBECCA ANN SOLARZ, KML Law Group, P.C., 701 Market Street, Suite 5000 Philadelphia, PA 19106-1541 |
| 14482541 | + | RoundPoint Mortgage Servicing Corporation, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14480379 | | Roundpoint, PO Box 19409, Charlotte, NC 28219-9409 |
| 14480381 | | Synchrony Bank/At Home, PO Box 530939, Atlanta, GA 30353-0939 |
| 14480384 | | Target Card Services, PO Box 660170, Dallas, TX 75266-0170 |
| 14480385 | | The Home Depot Project Loan, PO Box 2153, Birmingham, AL 35287-3025 |
| 14480386 | + | WebBank, 215 South State Street, Suite 1000, Salt Lake City, UT 84111-2336 |
| 14493365 | | Wells Fargo Bank, N.A., PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 14480387 | | Wells Fargo Bank, N.A., PO Box 71118, Charlotte, NC 28272-1118 |
| 14493360 | | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 14480388 | | Wells Fargo Card Services, PO Box 77053, Minneapolis, MN 55480-7753 |

TOTAL: 33

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Apr 09 2021 01:39:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| cr | | Email/Text: rmcollections@belco.org | Apr 09 2021 01:38:00 | Belco Community Credit Union, 449 Eisenhower Blvd., Harrisburg, PA 17111 |

Case 20-11469-pmm    Doc 64    Filed 04/10/21    Entered 04/11/21 00:44:51    Desc Imaged
Certificate of Notice    Page 2 of 5

| District/off: 0313-4 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Apr 08, 2021 | Form ID: pdf900 | Total Noticed: 66 |

| | | | |
|---|---|---|---|
| 14503966 | Email/Text: rmcollections@belco.org | Apr 09 2021 01:38:00 | Belco Community Credit Union, 449 Eisenhower Blvd, Ste 200, Harrisburg, PA 17111 |
| 14480360 | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 09 2021 01:51:25 | Best Buy Credit Services, PO Box 9001007, Louisville, KY 40290-1007 |
| 14480361 | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Apr 09 2021 01:51:22 | Capital One, PO Box 71083, Charlotte, NC 28272-1083 |
| 14493926 | + Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Apr 09 2021 01:49:34 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14493927 | + Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Apr 09 2021 01:49:34 | Capital One N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14480364 | + Email/PDF: gecsedi@recoverycorp.com | Apr 09 2021 01:53:15 | Care Credit, PO Box 965036, Orlando, FL 32896-5036 |
| 14480365 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 09 2021 01:53:19 | Citi Cards, PO Box 70166, Philadelphia, PA 19176-0166 |
| 14503284 | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 09 2021 01:51:27 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 14480366 | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Apr 09 2021 01:39:00 | Comenity Bank/Victoria's Secret, PO Box 659728, San Antonio, TX 78265-9728 |
| 14480368 | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 09 2021 01:51:26 | Home Depot Credit Services, PO Box 9001010, Louisville, KY 40290-1010 |
| 14480370 | Email/Text: sbse.cio.bnc.mail@irs.gov | Apr 09 2021 01:38:00 | Internal Revenue Service, PO Box 219690, Kansas City, MO 64121-9690 |
| 14495456 | Email/Text: JCAP_BNC_Notices@jcap.com | Apr 09 2021 01:39:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 14480371 | Email/Text: customerservice.us@klarna.com | Apr 09 2021 01:38:00 | Klarna Inc., Attn. Klarna Credit, PO Box 206487, Dallas, TX 75320-6487 |
| 14502094 | Email/PDF: resurgentbknotifications@resurgent.com | Apr 09 2021 01:49:32 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14480373 | + Email/Text: compliance@lctcb.org | Apr 09 2021 01:39:00 | Lancaster County Tax Collection Bureau, 1845 William penn Way, Suite 1, Lancaster, PA 17601-4097 |
| 14480374 | + Email/Text: compliance@lctcb.org | Apr 09 2021 01:39:00 | Lancaster County Tax Collestion Bureau, 1845 William Penn Way, Suite 1, Lancaster, PA 17601-4097 |
| 14503968 | + Email/Text: Documentfiling@lciinc.com | Apr 09 2021 01:38:00 | LendingClub Corporation, 595 Market Street Suite 200, San Francisco, CA 94105-2807 |
| 14480375 | + Email/PDF: gecsedi@recoverycorp.com | Apr 09 2021 01:49:28 | Lowes, P O Box 530914, Atlanta, GA 30353-0914 |
| 14501771 | Email/PDF: MerrickBKNotifications@Resurgent.com | Apr 09 2021 01:49:28 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 14480376 | Email/PDF: MerrickBKNotifications@Resurgent.com | Apr 09 2021 01:49:28 | Merrick Bank, PO Box 660702, Dallas, TX 75266-0702 |
| 14480377 | + Email/Text: RVSVCBICNOTICE1@state.pa.us | Apr 09 2021 01:39:00 | PA Department of Revenue, Bureau of Individual taxes, Dept. 280604, Harrisburg, PA 17128-0001 |
| 14480378 | Email/Text: Bankruptcy.Notices@pnc.com | Apr 09 2021 01:38:00 | PNC Bank, PO Box 856177, Louisville, KY 40285-6177 |
| 14502640 | Email/Text: Bankruptcy.Notices@pnc.com | Apr 09 2021 01:38:00 | PNC Bank NA, Bankruptcy Department, PO BOX 94982, Cleveland, OH 44101 |
| 14500251 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 09 2021 01:49:30 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14521916 | Email/Text: RVSVCBICNOTICE1@state.pa.us | Apr 09 2021 01:39:00 | Pennsylvania Department of Revenue, Bankruptcy |

| Recip ID | | Notice Method | Date | Recipient |
|---|---|---|---|---|
| | | | | Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 14501559 | | Email/Text: bnc-quantum@quantum3group.com | Apr 09 2021 01:39:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14503653 | + | Email/PDF: gecsedi@recoverycorp.com | Apr 09 2021 01:53:15 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 14480380 | | Email/PDF: gecsedi@recoverycorp.com | Apr 09 2021 01:53:15 | Synchrony Bank/Ashley Furniture, PO Box 960061, Orlando, FL 32896-0061 |
| 14480382 | | Email/PDF: gecsedi@recoverycorp.com | Apr 09 2021 01:53:15 | Synchrony Bank/Paypal, PO Box 965003, Orlando, FL 32896-5003 |
| 14480383 | + | Email/PDF: gecsedi@recoverycorp.com | Apr 09 2021 01:51:22 | Synchrony Bank/Rakuten, PO Box 530949, Atlanta, GA 30353-0949 |
| 14503916 | + | Email/Text: bncmail@w-legal.com | Apr 09 2021 01:39:00 | TD Bank USA, N.A., C/O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 14480386 | + | Email/Text: bankruptcy@webbank.com | Apr 09 2021 01:38:00 | WebBank, 215 South State Street, Suite 1000, Salt Lake City, UT 84111-2336 |

TOTAL: 34

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | * | FREEDOM MORTGAGE CORPORATION, 10500 Kincaid Drive, Fishers, IN 46037-9764 |
| cr | * | LVNV Funding LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14503967 | *+ | David W. Park, Martson Law Office, 10 E. High St., CARLISLE, PA 17013-3093 |
| 14484647 | * | internal revenue service, centralized insolvency operation, p.o. box 7346, Philadelphia, pa 19101-7346 |

TOTAL: 0 Undeliverable, 5 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 10, 2021          Signature:          /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 8, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| DAVID W. PARK | on behalf of Creditor Belco Community Credit Union dpark@martsonlaw.com teckenroad@martsonlaw.com |
| JILL MANUEL-COUGHLIN | on behalf of Creditor FREEDOM MORTGAGE CORPORATION bankruptcy@powerskirn.com |
| MICHAEL D. HESS | |

on behalf of Joint Debtor Tamara J. Dunlap amburke7@yahoo.com

MICHAEL D. HESS
   on behalf of Debtor Patrick T. Dunlap amburke7@yahoo.com

REBECCA ANN SOLARZ
   on behalf of Creditor RoundPoint Mortgage Servicing Corporation bkgroup@kmllawgroup.com

SCOTT F. WATERMAN (Chapter 13)
   on behalf of Trustee Scott F Waterman ECFMail@ReadingCh13.com

Scott F Waterman
   ECFMail@ReadingCh13.com

United States Trustee
   USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 8

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE:  PATRICK T. DUNLAP and | : | Chapter 13 |
| TAMARA J. DUNLAP | : | |
| Debtor | : | Bky. No.  20-11469PMM |

**ORDER DISMISSING CHAPTER 13 CASE AND SETTING DEADLINE FOR APPLICATIONS FOR ALLOWANCE OF ADMINISTRATIVE EXPENSES**

AND NOW, upon consideration of the Motion to Dismiss Case filed by Scott Waterman, Standing Trustee ("the Trustee"), and after notice and hearing, it is hereby **ORDERED** that:

1. This chapter 13 bankruptcy case is **DISMISSED**.

2. Any wage orders previously entered are **VACATED**.

3. Pursuant to 11 U.S.C. §349(b)(3), the undistributed chapter 13 plan payments in the possession of the Trustee shall not revest in the entity in which such property was vested immediately before the commencement of the case.  All other property of the estate shall revest pursuant to 11 U.S.C. §349(b)(3).

4. All applications for allowance of administrative expenses (including applications for allowance of professional fees) shall be filed within fourteen (14) days of the entry of this Order.

5. **Promptly after the expiration of the response period for any application authorized by Paragraph 4 above, Counsel for the Debtor shall file either**:

    (a) a Certification of No Response confirming that neither an objection to the proposed compensation nor an application for administrative expense has been filed; or

    (b) a Certification that an objection or an application has been filed (after which the Clerk shall schedule a hearing on all such applications).

6. If no Certification, as required above in Paragraph 5 has been entered on the docket within sixty-three (63) days of the entry of this Order, then the Standing Trustee shall: (a) if any applications for administrative expenses other than Debtor(s)' Counsel's have been filed, request a hearing thereon or (b) if no such applications have been filed, return the undistributed chapter 13 plan payments in his possession  to Debtor(s) pursuant to 11 U.S.C. §1326(a)(2).

**Date: April 8, 2021**

PATRICIA M.  MAYER
U.S. BANKRUPTCY JUDGE