| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2020 to 06/09/2021
**Chapter 13 Case No. 20-11469-PMM**

Patrick T. Dunlap
Tamara J. Dunlap
141 E. Mohler Church Road
Ephrata  PA   17522

Petition Filed Date: 03/09/2020
341 Hearing Date: 05/19/2020
Confirmation Date:

Case Status: Dismissed Before Confirmation on 4/ 8/2021

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 04/27/2020 | $300.00 | 17910979673 | 05/26/2020 | $300.00 | 17910901870 | 07/02/2020 | $300.00 | 17911046740 |
| 08/03/2020 | $300.00 | 19100973389 | 08/26/2020 | $300.00 | 19134977258 | 09/25/2020 | $300.00 | 209613081381 |
| 11/05/2020 | $300.00 | 19168060968 | 12/01/2020 | $300.00 | 19186528942 | 01/15/2021 | $300.00 | 19212655234 |
| 01/19/2021 | $300.00 | 19198864480 | 03/01/2021 | $300.00 | 19212655409 | 03/30/2021 | $300.00 | 2000064511 |

**Total Receipts for the Period:  $3,600.00    Amount Refunded to Debtor Since Filing:  $171.36  Total Receipts Since Filing: $3,600.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Patrick T. Dunlap | Debtor Refunds | $0.00 | $0.00 | $0.00 |
| 0 | BURKE & HESS | Attorney Fees | $3,122.64 | $3,122.64 | $0.00 |
| 0 | Patrick T. Dunlap | Debtor Refunds | $171.36 | $171.36 | $0.00 |

### SUMMARY

Summary of all receipts and disbursements from date filed through 6/9/2021:

| | | | |
|---|---|---|---|
| Total Receipts: | $3,600.00 | Current Monthly Payment: | $4,550.00 |
| Paid to Claims: | $3,294.00 | Arrearages: | $0.00 |
| Paid to Trustee: | $306.00 | Total Plan Base: | $238,700.00 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

• PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more  information.

• Your case information is available to view online at the National Data Center. Please visit www.ndc.org.